HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | |
|---|---|
| International Life Support, Inc. d/b/a American Medical Response Oahu _____ *Plaintiff* v. Ntl. Assoc. of Government Employees / Intnl. Assoc. of EMTs and Paramedics, Local R56-023 _____ *Defendant* | ) ) ) ) ) ) ) ) ) |

Civil Action No. CV26-00281 JMS-KJM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Association of Government Employees / International Association of EMTs and Paramedics, Local R56-023
1819 Knoll Road
Ventura, CA 93003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bryan Carmody
Carmody & Kaseta PLLC
10 Great Lake Lane
Andover, MA 01845

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



LUCY H. CARRILLO

*CLERK OF COURT*

Date: June 12, 2026 _____

/s/ Lucy H. Carrillo, by: JI, Deputy Clerk

*Signature of Clerk or Deputy Clerk*